FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH B. ONLEY, a married man,, <br><br> Plaintiff, <br><br> v. <br><br> PEND ORIELLE COUNTY PUBLIC UTILITY DISTRICT, a municipal corporation, <br><br> Defendant. | No. 2:16-CV-0203-SMJ <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND PLAINTIFF'S MOTION TO STRIKE** |

Before the Court, without oral argument, is Defendant Pend Oreille County Public Utility District's Motion for Reconsideration, ECF No. 44, and Plaintiff Joseph B. Onley's Motion to Strike Defendant's Motion for Reconsideration, ECF No. 45. Despite the fact that Defendant's motion does not comply with the Court's page limit for motions for reconsideration, the Court has reviewed the motion. Because Defendant has not shown manifest error or identified new facts or legal authority which could not have been brought to the Court's attention earlier, Defendant's motion for reconsideration is denied.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Reconsideration, **ECF No. 44**, is **DENIED**.

ORDER DENYING RECONSIDERATION - 1

**2.** Plaintiff's Motion to Strike Defendant's Motion for Reconsideration, **ECF No. 45**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of August 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge