FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH B. ONLEY,<br><br>                 Plaintiff,<br><br>     v.<br><br>PEND OREILLE COUNTY PUBLIC UTILITY DISTRICT, a municipal corporation,<br><br>                 Defendant. | No. 2:16-CV-00203-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 2, 2018, the parties filed a stipulated dismissal, ECF No. 69. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation for and Proposed Order of Dismissal, **ECF No. 69**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of January 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2